**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

JOSEPH LEE LINDSEY, JR.,                                                      PLAINTIFF
ADC #132800

v.                                                      No. 4:11CV00360 JLH

LEROY BROWNLEE, Chairman,
Arkansas Parole Board, et al.                                        DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED, WITH PREJUDICE, and Judgment is entered in favor

of Defendants on all claims set forth herein.  Further, the Court certifies, pursuant to 28 U.S.C. §

1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would

not be taken in good faith.

DATED this 10th day of May, 2011.

J. Leon Holmes
_____
UNITED STATES DISTRICT JUDGE